USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/24/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRENESHA BIGGERS; M.F., a child;
and Z.S., a child,

                Plaintiffs,

-against-

LAURA TAYLOR SWAIN, individually and in
her full capacity; TRAVIS HOLMES,
individually and in his full capacity,

                Defendants.

23 Civ. 5893 (AT)

**ORDER DIRECTING PAYMENT OF FEES OR IFP APPLICATION**

ANALISA TORRES, United States District Judge:

    On July 9, 2023, Plaintiff filed this action, utilizing the court's email system, which provides parties initiating new civil actions 21 days to submit the $402.00 filing fees – a $350.00 filing fee plus a $52.00 administrative fee. If a party intends to proceed *in forma pauperis* ("IFP"), by requesting authorization to proceed without payment of fees under 28 U.S.C. §§ 1914-1915, an IFP application is generally filed at the time the new civil action is filed.

    Plaintiff did not submit an IFP application with the complaint, and 21 days have passed since the complaint was filed. Thus, within thirty days of the date of this order, Plaintiff must either pay the $402.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 23-CV-5893 (AT). If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: August 24, 2023
       New York, New York

ANALISA TORRES
United States District Judge