# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

TRENESHA BIGGERS; M.F., a child; and Z.S., a child,

                  Plaintiffs,

-against-                                      23 CIVIL 5893 (AT)

                                                                          **JUDGMENT**

LAURA TAYLOR SWAIN, individually and in her full capacity; TRAVIS HOLMES, individually and in his full capacity,

                  Defendants.

------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 14, 2023, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). Plaintiffs motion for permission for electronic filing (ECF No. 5) is denied as moot. All other matters are terminated. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**Dated:** New York, New York

       November 15, 2023

                                                                 **RUBY J. KRAJICK**
                                                                    Clerk of Court

                            **BY:**

                                                                      **Deputy Clerk**